UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP BERRYMAN,

        Petitioner,

                                    Case No. 07-14782
v.                                Honorable George Caram Steeh

DEBRA SCUTT,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

This matter is before the Court on Petitioner's motion for reconsideration regarding the Court's denial of his motion for recusal/disqualification of this Court because of alleged bias and prejudice. (Docket # 21.) The Court adheres to its position.

A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Here, the Court finds that Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

Accordingly,

**IT IS ORDERED** that Petitioner's motion for reconsideration (Docket # 25) is **DENIED**.

                                                            S/George Caram Steeh
                                                            George Caram Steeh
                                                            United States District Judge

Dated: June 20, 2008