UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP BERRYMAN,

    Petitioner,

v.                                                               Case Number: 07-CV-14782
                                                                  Honorable George Caram Steeh

DEBRA SCUTT,

    Respondent.
_____/

## ORDER
## DENYING PETITIONER'S MOTION FOR RECONSIDERATION
## REGARDING THE COURT'S DENIAL OF
## HIS MOTION FOR APPOINTMENT OF COUNSEL

This matter is before the Court on Petitioner's motion for reconsideration regarding the Court's denial of his motion for appointment of counsel. (Dkt. # 35.) The Court's June 16, 2008 Order remains in effect. (Dkt. # 24.) Additionally, the Court, in an Order dated August 15, 2008, **ENJOINED** Petitioner from filing any further motions without leave of the Court. Petitioner is again cautioned that any attempt to file a motion without first securing the required leave of the Court, or any request for leave that is frivolous or appears to have been submitted for an improper purpose, may result in the imposition of sanctions or the initiation of contempt proceedings.

Accordingly, **IT IS ORDERED** that Petitioner's "Motion for Reconsideration of Motion for Appointment of Counsel" [dkt. # 35] is **DENIED**.

Dated: December 1, 2008

                                                  S/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 1, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk